Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Christopher David Mitchell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DAVID MITCHELL, | Case No.: 2:23-cv-01618-EFB |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Christopher David Mitchell ("Plaintiff") and KILOLO KIJAKAZI as the Acting Commissioner of Social

Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: November 28, 2023   Respectfully submitted,

                        LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ Young Cho[1]
Young Cho
Attorney for plaintiff Christopher David Mitchell

DATE: November 28, 2023   PHILLIP A. TALBERT
United States Attorney

/s/ Edmund Darcher

EDMUND DARCHER
Special Assistant United States Attorney
Attorneys for Defendant KILOLO KIJAKAZI,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Approved and so ordered.

DATE: December 19, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.